John W. LOWRY, Appellant, v. UNITED STATES of America, Appellee.

No. 4354.

Circuit Court of Appeals, Fourth Circuit.

Oct. 7, 1938.

A. J. Lubliner, of Bluefield, W. Va., for appellant.

George I. Neal, U. S. Atty., of Huntington, W. Va., Charles M. Love, Jr., Asst. U. S. Atty., of Charleston, W. Va., and Julius C. Martin, Director, Bureau of War

Risk Litigation, of Washington, D. C., for the United States.

PER CURIAM.

Case entered dismissed under Rule 20 in accordance with agreement of attorneys.